**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**TOBY J. VOISIN, L & W OYSTERS, INC., BAYOU TAYLOR, LLC, C & W LEASING, INC., WILSON'S OYSTER FARMS, INC., MIDDLE BAYOU, LLC, WILSON'S OYSTERS, INC., VOISIN'S OYSTER HOUSE, INC., VOISIN'S QUALITY OYSTERS, INC., JOHNNY'S OYSCERS NO. 3, INC., JOHNNY'S OYSCER'S NO. 2, INC., JOHNNY'S OYSCERS, INC., KARANKAWA BAY, INC., RH TRUST OYSTERS, INC., RH TRUST OYSTERS NO. 2, INC., TAMBOUR BAY, INC., THE DIPLOMAT, INC., BAY ANTOINE, INC., BAY BLANC, INC., BAYOU SABRE, INC., ADAMS CUT, INC., AMERICAN BAY, INC., PRESTIGE OYSTERS, INC., ROBIN ANN GUIDRY BILLIOT, LESLIE P. MARIE, O'NEIL J. MARIE, JR., PEGGY B. MARIE, P B S INCORPORATED, SUCCESSION OF PERCY B. DARDAR, SR., CASEY KIEFF, PERCY M. DARDAR, PERCY DARDAR, SR., LLC, DARDAR OYSTERS, LLC, GALLET OYSTERS, LLC, GALLET OYSTER FARMS, LLC, JAG OYSTER FARMS, LLC, JPG OYSTER FARMS, LLC, JPG PREMIUM OYSTERS, LLC, JPG3 OYSTER FARMS, LLC, JSG OYSTER FARMS, LLC, OYSTER EAGLE 4, LLC, OYSTER EAGLE 5, LLC, OYSTER EAGLE 6, LLC, OYSTER EAGLE 7, LLC, OYSTER EAGLE 8, LLC, OYSTER EAGLE 9, LLC, OYSTER EAGLE 10, LLC, JEFFREY P. GALLET, JR., COCODRIE DOCK EMPIRE, LLC, J & J EAGLE, LLC AND DEAN BLANCHARD SEAFOOD, INC.**

**VERSUS**

**HILCORP ENERGY COMPANY AND ABC INSURANCE COMPANY**

**CIVIL ACTION NO.**

**SECTION:**

**JUDGE**

**MAGISTRATE**

# COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs identified below who respectfully represent as follows:

## I. INTRODUCTION

1.

Defendant Hilcorp Energy Company (hereinafter sometimes referred to as "Hilcorp") is the operator of various oil fields in Terrebonne Bay north of the Timbalier Islands.

2.

Included in the Hilcorp oil fields is the Hilcorp Caillou Island production facility referred to as Caillou Island Tank Battery #2, also sometimes referred to as the Hilcorp Energy platform #2 in Terrebonne Bay (hereinafter sometimes referred to as "the Facility").

3.

The Facility contains various production equipment for the production of oil and gas and also contains a tank battery.

4.

The tank battery, which was used to store crude oil, was perched atop a fixed platform, whose base was comprised of rotten, decaying wooden piles. The decay would have been obvious to anyone on or adjacent to the Facility.

5.

On or about August 8, 2022, the decayed, compromised wooden piles surrendered to the weight of the tank battery, and the tanks collapsed into the bay, spilling more than 15,000 gallons of crude oil into the bay (hereinafter sometimes referred to as "the Oil Spill").

6.

Following the collapse of the tank battery, the resulting discharge of oil spread throughout

the southern portion of Terrebonne Bay, Lake Pelto, Pelican Lake and other nearby areas in Terrebonne Parish, Louisiana.

7.

This Complaint states claims under the Oil Pollution Act of 1990, 33 U.S.C. § 2702. Plaintiffs previously asserted their state law and/or maritime law claims, which were removed and stayed pending presentment of the complainants' Oil Pollution Act claims. Plaintiffs hereby incorporate by reference all facts and claims asserted in Voisin et al v. Hilcorp Energy Co et al., **6:23-cv-01205-RRS-DJA**, and ask that this case may be consolidated together. A copy of the complaint is attached hereto as Exhibit A. Plaintiffs submit that this matter should be consolidated with the first filed lawsuit pursuant to Fed. Rule of Civil Procedure 42.

## II. PLAINTIFFS

8.

Made Plaintiffs herein are the following individuals, corporations, and juridical entities whose leases and proprietary interests, including but not limited to those leases listed herein specifically, have been affected, damaged, and harmed by the Oil Spill:

a) Toby J. Voisin, a person of the full age of majority, resident and domiciliary of Louisiana, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2953718, 3321323, 3566012, and 3677516;

b) L & W Oysters, Inc., a Louisiana corporation whose principal place of business is located in Houma, Louisiana, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2842316, 3228222, 2829616, 3230422, and 3228122;

c) Bayou Taylor, LLC, a Louisiana limited liability company whose principal place of business is located in Houma, Louisiana, and is the registered owner of numerous oyster

leases, including but not limited to the following: Lease 3228122, 3653611, 3513512, 3513712, 3001319, 3001519, 3001619, 3513512, 3513712, 3653611, 3148321, 2733514, 2733614, 2962218, 3001719, 3065120, 3148011, 3148121, 3148421, 3235522, 3252122, 3252622, 3440210, 3513812, 2685713, 2718214, 2718314, 2718414, 2835216, 2835316, 2925318, 2925518, 2925618, 2934218, 2963218, 2985219, 3013619, 3013719, 3013819, 3055720, 3065220, 3065320, 3148621, 3175321, 3175421, 3252222, 3252322, 3252422, 3252522, 3252722, 3300908, 3301108, 3305908, 3475411, 3475511, 3475611, 3475711, 3475811, 3476011, 3476111, 3476411, 3476511, 3476611, 3508611, 3513912, 3518512, 3623215, 2804216, 3064420, 2894721, 2963320, 3001419, 3148521, 3471111, 3471211, 3471611, 3471711, and 3514012;

d) C & W Leasing, Inc., a Louisiana corporation whose principal place of business is located in Houma, Louisiana, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3114120, 3114320, 3115320, 3116020, and 3252822;

e) Wilson's Oyster Farms, Inc., a Louisiana corporation whose principal place of business is located in Houma, Louisiana, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3458110, 2834316, 3251922, 3397809, 3414310, 3423610, 3423710, 3458310, 3470511, 3470611, 3470911, 3514612, 3471411, 3593214, 2714214, 2747714, 2772915, 2808216, 2808316, 2808416, 2808516, 2808616, 2808716, 2842416, 2961918, 2962018, 2962118, 2962918, 2963418, 2972518, 2973318, 2973418, 2973618, 2973718, 2973918, 2974018, 2974118, 2978919, 3037619, 3037719, 3037819, 3038819, 3064320, 3120820, 3121220, 3121420, 3252022, 3270022, 3271622, 3458210, 3470711, 3470811, 3471511, 3584414, 3584714, 3584814, 3397509, and 3397609;

f) Middle Bayou, LLC, a Louisiana corporation whose principal place of business is located in Houma, Louisiana, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3227921;

g) Wilson's Oysters, Inc., a Louisiana corporation whose principal place of business is located in Houma, Louisiana, which purchases, processes, and distributes oysters including oysters from leaseholders affected by the Oil Spill from whom it has the right to purchase oysters;

h) Voisin’s Oyster House, Inc., a Louisiana corporation whose principal place of business is located in Houma, Louisiana, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2733814, 3147321, 3147421, 2769315, 3064120, 3064520, 3064720, 3065020, 3512912, 3064620, 3514112, 3514212, and 3064821;

i) Voisin’s Quality Oysters, Inc., a Louisiana corporation whose principal place of business is located in Houma, Louisiana, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2749914, 2751614, 2961818, 2968418, 3064220, 3435510, 2796115, and 3566112;

j) Johnny's Oyscers No. 3, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2915818, 2915918, 2916018, 3119720, 3119720, 3119920, 3411710, 3427810, 3046720, 3205121, 3213421, 3591014, 3627416, 3628216, 3628416, and 3628516;

k) Johnny's Oyscers No. 2, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3411909, 3522612, 3448910, 3449010, 3174821,

3502911, 3551912, 3539712, 3320508, 3261522, 3188621, 3422210, 2714314, 3039519, 3182421, 3274722, 3422310, 3501411, 3628016, 3462210, and 3462310;

l) Johnny's Oyscers, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2971718, 3059920, 2808016, 3555312, 3046620, 3213321, 3469511, 3590914, 3628116, 3184821, 3628316, and 3628616;

m) Karankawa Bay, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2970818, 3517612, 2710614, 2977719, 2977819, 3284622, 3423910, 3463810, 3501511, 3504611, 3558012, 3168821, and 3452410;

n) RH Trust Oysters, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2717514, 3564112, 3223521, 3540312, 2979719, 3303008, 3097320, 2979719, 3097320, 3213921, 3303008, 3564112, 3039319, 3168921, 3204221, 3205921, 3206421, 3307908, 3308008, 3561812, 3582614, 3582714, 3596714, 2822316, 2989519, 3540312, 2915418, 3037119, 3197621, 3505611, 3508311, 3512812, and 3623615;

o) RH Trust Oysters No. 2, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3204621, 3206121, 3206321, 3271222, 3304608, 3304708, 3455810, 3505811, 3596414, 3597614, 3597714, 3625915, 3632716, 3638516, 2707213, 2838216, 3038519, 3203221, 3214021, 3240222, 3269922, 3271022, 3407309, 3418810, 3466810, 3510311, 3510411, 2978418, 3552911, and 3518812;

p) Tambour Bay, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3296008, 3519512, 3043819, 2942418, 3310508, 2718714, 3104020, 3664512, 3472811, 3647311, 2718614, 2718714, 2807816, 2921418, 2981319, 3232922, 3423810, 3472611, 3472811, 3480811, 3519512, 3664512, 3673813, 3251222, 3269522, 3504711, 3518012, 3599214, 3402909, 3566712, 3587614, 2920513, 3472711, 3480911, 3487411, and 3487611;

q) The Diplomat, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3174221, 3037919, 3038019, 3039119, 3039219, 3251122, 3271722, 3518212, 3518312, 3518412, 3518612, 2974718, 2974818, 3044219, and 3306008;

r) Bay Antoine, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2718914, 3485511, 3104120, 3424210, 2718814, 2718914, 2778315, 2941918, 2942318, 3025619, 3025719, 3092420, 3149621, 3149721, 3150121, 3150221, 3150321, 3527312, 2942018, 2942118, 3149821, 3149921, 3150021, 3258622, 3258822, 3487911, 3488011, 3488611, 3527212, 3552311, 3552411, 3552511, 3552711, 2707313, 2738414, 2738614, 3258722, 3527112, 2738514, 2844016, 2920418, 2941818, 2942218, 3092320, 2738214, 2738314, 2844216, 2844316, 3487511, 3487711, 3487811, 3488111, 3552811, and 2844116;

s) Bay Blanc, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not

limited to the following: Lease 3519412, 3519312, 3194521, 3130320, 3229322, 2807716, 3237022, 3587314, 3587414, 3587514, 3587514, 3044419, 3229322, and 3364909;

t) Bayou Sabre, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3323708, 3519212, 3181920, 3365209, 3323808, 3298808, 3104220, 3323908, 2926018, 3182020, 3339708, 2775715, , 2761115, 2761215, 2827416, 2909618, 2926018, 2984419, 3104220, 3365009, 3365209, 3519112, 2974218, 3039019, 3485311, 3403009, 3403109, 3587714, 3104320, 3383909, and 2967818;

u) Adams Cut Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3083920, 3435310, 3113520, 3535712, 2821316, 2949418, 2719909, 2720009, 2720209, 2720309, 2720114, 2720414, 2721014, 3106020, 3106309, 3106409, 3106520, 3106620, 3107720, 3191821, 3191921, 3192009, 3192221, 3192321, 3192421, 3456110, 3107820, 3490111, 3107520, 2717014, 3083420, 3084020, 3321008, 3489111, 3490511, 3490611, 2719314, 2720914, 3107421, 3442610, 3489311, 3489411, 3489611, and 3489711;

v) American Bay, Inc., a Louisiana corporation whose principal place of business is located in Bacliff, Texas, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3323608 3412509, 3295922, 3485411, 2959418, 3071220, 3323508, 3210521, 2764015, 3210521, 3124020, 3365109, 3365309, 3439310, 3485411, 2728414, 2829316, 3071120, 3194421, 3271122, 3519612, 3519712, 3269722, 3402509, 3402609, 3402709, 3402809, 2984518, 2985319, 3038119, 3039419, 3412610, 2955918, 3031519, and 3519812;

w) Prestige Oysters, Inc., a Texas corporation whose principal place of business is located in Texas, which is a distributor and processor of oysters, including oysters harvested off of leases that were affected by the Oil Spill and from which Prestige Oysters, Inc. has the right to obtain oysters for processing and distribution;

x) Robin Ann Guidry Billiot, a person of the full age of majority, resident and domiciliary of Louisiana, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3315508, 2980419, 3551512, 3438710, 3234222, 3551612, 3551312, 3567412, 3259822, 3347208, 3551412, and 3304408;

y) Leslie P. Marie, individually, a person of the full age of majority, resident and domiciliary of Louisiana, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3420010;

z) O'Neil J. Marie, Jr., Leslie P. Marie, and Peggy B. Marie, persons of the full age of majority, residents and domiciliaries of Louisiana, and were collectively at all relevant times the registered owners of numerous oyster leases, including but not limited to the following: Lease 2952118, 3086121, 3086220, 2729514, and 2932118;

aa) Peggy B. Marie, individually, a person of the full age of majority, resident and domiciliary of Louisiana, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3398809, 3530212, 3529912, 3530412, 3508411, 3413210, 3530112, 3530312, 3530012, and 3438210;

bb) P B S Incorporated, a Louisiana corporation which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3438310, 3419610, 3419510, 3419710, 3461010, 3529812, and 3362709;

cc) Succession of Percy B. Dardar, Sr., appearing herein through its Dative Testamentary Executor, Stephanie Graf Gamble, and Casey Kieff, who are the registered owners of numerous oyster leases, including but not limited to the following: Lease 3662112, 3647511, and 3647611;

dd) Succession of Percy B. Dardar, Sr., appearing herein through its Dative Testamentary Executor, Stephanie Graf Gamble, and Percy M. Dardar, who are the registered owners of numerous oyster leases, including but not limited to the following: Lease 3647811;

ee) Percy Dardar Sr., LLC, a Louisiana limited liability company which is the registered owner of numerous oysters leases, including but not limited to the following: Lease 3662312, 3473511, 3356908, 3400009, 3194921, 3662312, 3301408, 3303108, 3216821, 3360809, 3185721, 2950118, 3195521, 3353508, 2781815, 3353408, 2949818, 3123920, 3335008, 2950718, 2950618, 3216721, 2929718, 3076020, 3195321, 3075920, 3195121, 3339308, 3122020, 2950418, 3354708, 3216221, 3276322, 3076120, 3275922, 3360709, and 3335508;

ff) Dardar Oysters, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3122920, 3097720, 3122120, 3217021, 3071420, 3360309, 3070520, 3215321, 3302908, 3215721, 3122720, 3123820, 3122320, 3410109, 3412209, 3216921, 3123620, 3097420, 3215821, 3071320, 2950018, 2950218, 3121920, 3123120, 3278122, 3391809, 3354008, 3589014, 3276122, 3350508, 3122420, 3216321, 3410210, 3215621, 3360609, 3654311, 3097620, 3194721, 3215421, and 3304508;

gg) Gallet Oysters, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2808116,

2818616, 2837916, 2953518, 2981019, 2981119, 3041919, 3142121, 3221111, 3230522, 3234422, 3234722, 3234822, 3250422, 3297223, 3297323, 3297423, 3297523, 3297623, 3304123, 3311323, 3311423, 3311523, 3311723, 3311823, 3312023, 3312123, 3312223, 3353023, 3353123, 3354823, 3356823, 3358809, 3388209, 3405509, 3406809, 3409310, 3409510, 3428210, 3460410, 3509911, 3527712, 3565212, 3565612, 3565712, and 3565812;

hh) Gallet Oyster Farms, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2757115, 3056720, 3421210, 3421310, 3421410, 3421510, 3421610, 3426410, 3426510, 3454310, 3454610, 3507211, 3507311, 3507511, 3507611, 3507711, 3507811, 3507911, 3509611, 3510111, 3558112, 3558212, and 3561712;

ii) JAG Oyster Farms, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3285222, 3355023, 3385409, 3385609, 3394909, 3409410, 3412910, 3414910, 3415010, 3415310, 3415410, 3415710, 3421710, 3421810, 3425110, 3454410, 3454510, 3454710, 3454910, 3455010, 3455110, 3457010, 3458910, 3459010, 3459110, 3459410, 3459510, 3468811, 3468911, 3469011, 3509311, and 3555912;

jj) JPG Oyster Farms, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2985019, 3229222, 3233122, 3233222, 3233322, 3233422, 3233922, 3234022, 3234522, 3234622, 3290422, 3296423, 3296523, 3296823, 3296923, 3297023, 3303523, 3303723, 3303823, 3311623, 3331023, 3354923, 3363909, 3395409, 3405409, 3406309, 3406409,

3406509, 3406709, 3409610, 3409710, 3411010, 3411110, 3413110, 3420110, 3420210, 3421010, 3465010, 3509811, 3556012, and 3556112;

kk) JPG Premium Oysters, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2666713, 2712214, 2712314, 2713414, 2725714, 2747914, 2754914, 2758715, 2759915, 2760015, 2818516, 2909711, 2909817, 2912418, 2921318, 2933818, 2953818, 2960513, 2960618, 2980719, 2985819, 3040319, 3055920, 3066020, 3141821, 3141921, 3142021, 3152921, 3153021, 3233522, 3256722, 3274622, 3301523, 3301723, 3301823, 3355123, 3416810, 3420310, 3420410, 3421110, 3472511, 3515012, 3515112, 3515212, 3527812, 3527912, 3528012, 3528112, 3528212, 3528312, 3528412, 3528512, 3528612, 3556312, 3565312, 3565412, 3598714, 3650311, 3661912, 3678019, 3678119, and 3678219;

ll) JPG3 Oyster Farms, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2973518, 3038219, 3204721, 3205821, 3269622, 3295822, 3364009, 3364109, 3364209, 3365609, 3365709, 3411210, 3413010, 3415510, 3420610, 3420710, 3420810, 3420910, 3463910, 3464010, and 3527512;

mm) JSG Oyster Farms, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2953418, 2953618, 2977418, 3256822, 3296623, 3296723, 3297123, 3303623, 3385709, 3385809, 3386509, 3388009, 3388109, 3388309, 3388409, 3388509, 3398209, 3398309, 3398509, 3398609, 3405309, 3414810, 3415210, 3415610, 3416510, and 3416610;

nn) Oyster Eagle 4, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3068020, 3118320, 3149121, 3209121, 3209221, 3254322, 3303323, 3303423, 3398409, 3414110, 3420510, 3424010, 3507411, 3508111, 3509411, 3509511, 3528712, 3565512, and 3650211;

oo) Oyster Eagle 5, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2676613, 2914018, 2949618, 2978619, 2979219, 3041819, 3109820, 3112720, 3118520, 3155921, 3199621, 3229122, 3339423, 3356223, 3404409, 3406009, 3416310, 3461710, 3465710, 3506011, 3506111, 3506211, 3553111, 3553211, 3553312, 3590014, 3598914, 3650411, and 3662012;

pp) Oyster Eagle 6, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2676413, 2807915, 2816116, 2936513, 2937318, 2938018, 2939718, 2944218, 2944811, 2975618, 2979619, 3042119, 3042219, 3080920, 3094920, 3181321, 3181621, 3181721, 3181821, 3300123, 3300223, 3300323, 3303923, 3384609, 3393109, 3474711, 3474811, 3480411, 3503411, 3503511, 3503611, 3504111, 3572313, 3650811, and 3664412;

qq) Oyster Eagle 7, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2692013, 2712414, 2734614, 2734714, 2739114, 2781415, 2948818, 2948918, 2954018, 2978118, 3006719, 3062520, 3062620, 3062720, 3080820, 3110420, 3111020, 3111220, 3111820, 3112020, 3112220, 3112420, 3112620, 3112820, 3113120, 3113320, 3113720, 3156411, 3156511, 3199021, 3199121, 3199221, 3199721, 3200421, 3253722, 3366109, 3372909,

3373009, 3407409, 3436110, 3436210, 3498911, 3503711, 3503811, 3503911, 3504011, 3508711, 3520912, 3541112, 3541212, 3541312, 3546012, 3546412, and 3550412;

rr) Oyster Eagle 8, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2757215, 2757415, 2941718, 2944318, 2944418, 2944518, 2944618, 2944718, 2978211, 3041419, 3081020, 3281022, 3281122, 3356323, 3389609, 3407509, 3414710, 3417110, 3454210, 3470311, 3474911, 3509711, 3520512, 3520612, 3520712, 3520812, 3521012, 3521112, 3521212, 3521312, 3521412, 3521512, 3556612, and 3556712;

ss) Oyster Eagle 9, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2683213, 2683313, 2920118, 2960418, 2978319, 2979419, 3040519, 3079320, 3079420, 3079520, 3080520, 3080620, 3080720, 3119820, 3120020, 3120120, 3120220, 3155021, 3194621, 3214721, 3214821, 3251322, 3309023, 3309423, 3334423, 3352423, 3406109, 3414010, 3416210, 3416910, 3417010, 3424110, 3436510, 3436610, 3451610, 3451710, 3451810, 3461910, 3465610, 3474311, 3506311, 3506411, 3506511, 3520412, 3553412, 3553512, 3560512, 3566312, 3567012, 3590114, and 3598814;

tt) Oyster Eagle 10, LLC, a Louisiana limited liability company which is the registered owner of numerous oyster leases, including but not limited to the following: Lease 2682713, 2728914, 2729214, 2729314, 2729414, 2762715, 2792015, 2792315, 2813116, 2813216, 2813316, 2813416, 2816016, 2865516, 2936418, 2936618, 2936718, 2936813, 2936923, 2937018, 2937118, 2937218, 2937718, 2937813, 2937918, 2938118, 2938318, 2938513, 2938618, 2938718, 2939118, 2939418, 2939518, 2939618, 2939818, 2939918, 2940018, 2940118, 2940218, 2940518, 2956618, 2975518, 2977318, 3003819, 3042019, 3096320,

3096520, 3096620, 3096720, 3096820, 3097920, 3098020, 3098120, 3098220, 3098320, 3098420, 3098520, 3098620, 3180821, 3180921, 3181021, 3181221, 3181421, 3181521, 3182121, 3182321, 3259522, 3317423, 3317623, 3317723, 3317923, 3318023, 3318123, 3318223, 3318323, 3318423, 3355423, 3355523, 3393309, 3480211, 3480311, 3542512, 3542612, 3542712, 3542812, 3542912, 3664112, and 3664212;

uu) Jeffery P. Gallet, Jr., a person of the full age of majority, resident and domiciliary of Louisiana, and is the registered owner of numerous oyster leases, including but not limited to the following: Lease 3454810, 3569312, 3556212, 3555612, 3555812, and 3508211;

vv) Cocodrie Dock Empire, LLC, a Louisiana corporation which owns and operates a seafood dock on the Gulf Coast and was impacted as a result of the Oil Spill;

ww) J & J Eagle, LLC, a Louisiana limited liability company which purchases, processes and distributes oysters including oysters from leaseholders affected by the Oil Spill from whom it has the right to purchase oysters; and

xx) Dean Blanchard Seafood, Inc., a Louisiana corporation which owns and operates seafood harvesting, processing, and distributing assets on the Gulf Coast, including those which were impacted as a result of the Oil Spill.

## III. DEFENDANTS

9.

Made Defendants herein are the following:

a) Hilcorp Energy Company, a Texas company authorized to do and doing business in Louisiana whose principal business establishment in Louisiana is located in Lafayette, Louisiana; and

b) ABC Insurance Company, a foreign admitted insurer authorized to do and doing business within the State of Louisiana.

## IV. JURISDICTION AND VENUE

10.

Jurisdiction in this Court arises under the Oil Pollution Act of 1990, 33 U.S.C. § 2701 *et seq.* This Court has jurisdiction pursuant to 33 U.S.C. § 2717(b) and pursuant to 28 U.S.C. § 1331.

11.

Venue is proper in this district pursuant to 33 U.S.C. § 2717(b) because Defendant's principal office is located in this district.

## V. FACTUAL ALLEGATIONS

12.

Following the collapse of the tank battery at the Facility, over 15,000 gallons of Louisiana sweet crude oil was discharged into Terrebonne Bay.

13.

In violation of its Spill Prevention, Control, and Countermeasure ("SPCC") Plan, Hilcorp failed to adequately and immediately respond to the spill, and the oil was allowed to disperse far from the Facility.

14.

Because of Hilcorp's failure to adhere to its SPCC plan, oil was allowed to float freely to the bay, eventually spreading over thousands of acres of oyster leases in and around Terrebonne Bay. Oil spread dozens of miles from the original location of the spill and crossed oyster leases and fishing grounds used by the Plaintiffs and which were the source of the shrimp, oysters, and seafood which they rely upon for the commercial fishing businesses.

15.

As a result of the Oil Spill, numerous fishing vessels were oiled and damaged, which in

turn exacerbated the spread of oil around Terrebonne Bay and the surrounding areas. The oiling and damage of fishing vessels prevented fishing and caused economic losses to the Plaintiffs, who are all engaged in fishing, shrimping, oystering, seafood sales, seafood distributing, and or seafood dock management which relied upon seafood caught, harvested, or grown within the areas affected by the Hilcorp Oil Spill. Seafood docks, harvesting, processing, and distributing companies suffered harm when individual fishermen could not fish, suffered reduced catches, or were forced to seek alternative fishing grounds.

16.

Portions of Terrebonne Bay were closed to fishing, including oyster harvesting.

17.

As a result of the Oil Spill and Hilcorp's related response and clean-up activities, including the deployment of an estimated 10,000 feet of boom and at least thirteen response vessels, Plaintiffs were blocked and/or prohibited from accessing certain oyster leases for oyster harvesting and related activities. These activities, which were widely distributed throughout the spill radius, also disturbed water bottoms and sensitive habitat to the detriment of the affected fisheries and caused economic harm to the Plaintiffs

18.

When oysters are exposed to oil and its derivatives, they suffer a variety of pathological responses, including the development of lesions, necrosis of the tissue, gill metaplasia, and damage to renal and digestive tissue. Furthermore, oyster larvae suffer from oil ingestion, with corresponding deleterious effects, which negatively affect larval survival and result in a weakened oyster spat.

19.

Following the Oil Spill and for months afterwards, oyster mortality and adverse health effects were documented in areas affected by the Oil Spill. Although the negative effects from exposure to oil and oil derivatives may last for years, oyster mortality in the affected areas was already apparent in the year following the Oil Spill.

20.

Plaintiffs' oysters and oyster leaseholds were located in areas affected by the Oil Spill, and each of the aforementioned Plaintiffs suffered damages as a result when the oil crossed into their leases, trespassed on their leasehold rights, and disturbed their peaceful possession of the oyster leases and caused further harms including oyster mortality and diminution in value of the oyster leases. The leases are identified herein by name and lease number[1], and their geographic locations are a matter of public record with the Louisiana Department of Wildlife and Fisheries.[2]

21.

Crude oil components can cause metaplasia in both the digestive and respiratory tissues to those that are exposed to soluble or emulsified oil components in the water column.

22.

Direct impact can lead to death of both adults (due to filter feeding of the pathogens or coverage in sediment mixed with oil) and to larvae who spend their entire larval period floating near the surface, where the majority of crude oil material remains after a spill. Even those oysters that do not succumb to mortality present high risk of seafood contamination in their tissues due to the high percentage of low-molecular weight aromatic hydrocarbons making them not harvestable

[1] The last two numbers of the lease change with each renewal but otherwise stay the same through subsequent renewals.
[2] Department of Wildlife and Fisheries Oyster Lease Map: https://gis.wlf.la.gov/oystermap/map.html

or safe to consume.

23.

Estimates of oil dispersion in the aftermath of the Oil Spill conclude that due to prevailing environmental conditions, with a 5-km buffer zone around the oil sheens visible from airplane flyovers, more than 174,000 acres of water were impacted by the Oil Spill. Of that area, hundreds of private and public oyster leases totaling more than 15,000 acres were estimated to have been impacted. Mortality on impacted leases following the Oil Spill was found to be upwards of 86%, which is well above average mortalities for that time of year in Terrebonne Parish.

24.

Due to the nature and life cycle of oysters, impacts from high mortality events can have lasting effects on oyster stocks for years to come. The typical oyster lifecycle sees individual oysters growing to harvestable size from larvae over a three-year period. As larval and spat sized oysters are especially susceptible to damage and mortality from crude oil, and adult oysters can hold crude oil in their system for significant periods of time making them unsafe to consume, harvestability on leases effected by the spill are impacted for three years after the spill date. Oyster leaseholders and seafood distributors who relied on oysters have suffered economic harm as a result of the increased mortality caused by the Oil Spill and the diminution in value of their oyster leases.

25.

Shrimpers who fished Terrebonne Bay oiled their vessels, nets, and rigging, and brought the oil back to their docks and home ports, spreading the oil to distant locations and beyond the reach of the tide, including but not limited to docks of their distributors. As a result, seafood docks and seafood distributors suffered economic losses and damages when fishermen were unable to

fish, were forced to take their boats out of service for cleanup, or when fisheries were negatively impacted as a result of the oil. Seafood docks, harvesting, processing, and distributing suffered harm when fishermen's catch was reduced as a result of the Oil Spill.

26.

At all times pertinent herein, Defendant, ABC Insurance Company, had in full force and effect a policy or policies of insurance which provided coverage to Hilcorp Energy Company for the aforementioned tortious acts or omissions and the aforementioned damages sustained by the Plaintiffs. Said policy or policies of insurance are incorporated herein by reference as if set forth herein *in extenso*.

## VI. OIL POLLUTION ACT PRESENTMENT OF CLAIMS

27.

On May 2, 2025, Plaintiffs presented their claims to the designated representative of the responsible party, Hilcorp Energy Company, under 33 U.S.C. § 2713 (a).

28.

More than 90 days have passed, and Defendants have denied and/or not paid the claims.

29.

Therefore, Plaintiffs have complied with and/or satisfied all conditions precedent prior to filing these claims.

## VII. STRICT LIABILITY UNDER THE OIL POLLUTION ACT OF 1990, 33 U.S.C. § 2702

30.

Plaintiffs incorporate paragraphs 1 through 29 as though fully set forth herein.

31.

The Oil Pollution Act of 1990 (hereinafter sometimes referred to as the "OPA") provides

that "each responsible party for… a facility for which oil is discharged…into or upon the navigable waters or adjoining shorelines… is liable for the removal costs and damages…that result from such incident." 33 U.S.C. § 2702(a).

32.

An incident is "any occurrence or series of occurrences having the same origin, involving one or more vessels, facilities, or any combination thereof, resulting in the discharge or substantial threat of discharged of oil…"33 U.S.C. § 2701(14).

33.

Recoverable damages include damages for natural resources, real or personal property, subsistence use, revenues, profits and earning capacity, and public services. 33 U.S.C. § 2702(b)(2).

34.

On or about August 8, 2022, Defendant Hilcorp Energy Company discharged oil into Terrebonne Bay and is therefore strictly liable under the OPA as a responsible party for recoverable damages.

35.

As a result of the Oil Spill, Plaintiffs are entitled to damages pursuant to Section 2702(b)(2)(B), which provides for recovery of damages to real or personal property, including "[d]amages for injury to, or economic losses resulting from destruction of, real or personal property, which shall be recoverable by a claimant who owns or leases that property."

36.

As a result of the Oil Spill, Plaintiffs are entitled to damages pursuant to Section

2702(b)(2)(C), which provides for recovery for "[d]amages for loss of subsistence use of natural resources, which shall be recoverable by any claimant who so uses natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources."

37.

As a result of the Oil Spill, Plaintiffs are entitled to damages pursuant to Section 2702(b)(2)(E), which provides for recovery for "[d]amages equal to the loss of profits or impairment of earning capacity due to the injury, destruction, or loss of real property, personal property, or natural resources, which shall be recoverable by any claimant."

38.

As set forth above, Defendants are strictly liable to the Plaintiffs under the OPA in an amount to be determined at trial.

## VIII. PRAYER FOR RELIEF

WHEREFORE**,** Plaintiffs request judgment against Defendants as follows:

a) For all recoverable compensatory, statutory, and other damages sustained by the Plaintiffs, including but not limited to damages to real property, diminution in market value of the oyster leaseholds, loss of subsistence use, and loss of profits or impaired earning capacity;

b) For costs;

c) For both pre-judgment and post-judgment interest on any amounts awarded;

d) For appropriate injunctive relief, including public injunctive relief requiring Defendants to repair property values impacted;

e) For actual damages as may be allowable under the OPA;

f) For payment of attorneys' fees and expert fees as may be allowable under applicable

law, including but not limited to the OPA;

g) For exemplary or punitive damages as allowed under the OPA; and

h) For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

**COSSICH, SUMICH, PARSIOLA, & TAYLOR, L.L.C.**

**BY:** /s/ Natalie Kobetz
**PHILIP F. COSSICH, JR., # 1788**
**BRANDON J. TAYLOR, #27662**
**ANDREW CVITANOVIC, #34500**
**NATALIE KOBETZ, #36535**
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110

LAW OFFICE OF JAMES F. GASQUET, III, LLC

BY: /s/ James F. Gasquet, III
James F. Gasquet, III, Bar No. 26294
129 Chancellor Drive, P.O. Box 279
Belle Chasse, Louisiana 70037; (504) 394-5584
Email: jgasquet3@bellsouth.net
Co-Counsel for Peggy B. Marie and P B S Incorporated

BALLAY, BRAUD & COLON, PLC

BY: /s/ S. Jacob Braud
S. JACOB BRAUD, #28318
Jacob@NolaAttomeys.com
8114 Highway 23, Suite 101
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9841
Facsimile: (504) 636-6671
Co-Counsel for Gallet Oysters, LLC
Gallett Oyster Farms, LLC
JAG Oyster Farms, LLC
JPG Oyster Farms, LLC
JPG Premium Oysters, LLC

JPG3 Oyster Farms, LLC
Oyster Eagle 4, LLC
Oyster Eagle 5, LLC
Oyster Eagle 6, LLC
Oyster Eagle 7, LLC
Oyster Eagle 8, LLC
Oyster Eagle 9, LLC
Oyster Eagle 10, LLC
Oyster Eagle 4, LLC
Cocodrie Dock Empire, LLC
J & J Eagle, LLC

**COLVIN | BROTHERS LAW FIRM**
*(A Professional Law Corporation)*
BY**:** /s/ David L. Colvin
**DAVID L. COLVIN, La. Bar #4353**
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
Co-Counsel for Dean Blanchard Seafood, Inc.